FILED
FEB - 9 2022
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | 4:22CR058 HEA/SRW |
| JAMES FURLOW, ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about December 26, 2021, in St. Louis County, within the Eastern District of Missouri,

**JAMES FURLOW,**

the defendant herein, with intent to cause death and serious bodily harm, took from the person and presence of another, by force, violence, and intimidation, a motor vehicle, that is, a 2017 Kia Sorrento, that had been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 2119.

### COUNT TWO

The Grand Jury further charges that:

On or about December 26, 2021, in St. Louis County, within the Eastern District of Missouri,

**JAMES FURLOW,**

the defendant herein, knowingly possessed and brandished a firearm in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, carjacking as charged in Count One.

In violation of Title 18, United States Code, Sections 924(c)(1), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT THREE

The Grand Jury further charges that:

On or about December 26, 2021, in St. Louis County, within the Eastern District of Missouri,

**JAMES FURLOW,**

the defendant herein, did obstruct, delay, or affect commerce or the movement of any article or commodity in commerce, or attempt to do so, by the robbery of Quick Mart, which is a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT FOUR

The Grand Jury further charges that:

On or about December 26, 2021, in St. Louis County, within the Eastern District of Missouri,

**JAMES FURLOW,**

the defendant herein, knowingly possessed, brandished, and discharged a firearm, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, obstructing, delaying, or affecting commerce, or attempting to do so, by robbery, as charged in Count Three herein.

In violation of Title 18, United States Code, Section 924(c)(1)(A), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(iii).

## COUNT FIVE

The Grand Jury further charges that:

On or about December 30, 2021, in St. Louis County, within the Eastern District of Missouri,

**JAMES FURLOW,**

the Defendant herein, with intent to cause death and serious bodily harm, took from the person and presence of another, by force, violence, and intimidation, a motor vehicle, that is, a 2021

Volkswagen Tiguan, that had been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 2119.

## COUNT SIX

The Grand Jury further charges that:

On or about December 30, 2021, in St. Louis County, within the Eastern District of Missouri,

**JAMES FURLOW,**

the Defendant herein, knowingly possessed and brandished a firearm in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, carjacking as charged in Count Five.

In violation of Title 18, United States Code, Sections 924(c)(1), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
CASSANDRA J. WIEMKEN, #91586KY
Assistant United States Attorney